**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**DAVENPORT DIVISION**

| | | |
|---|---|---|
| JEFFREY MALLY, | ) | |
| | ) | CASE NO. 3:21-cv-18 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S NOTICE OF AND** |
| | ) | **PETITION FOR REMOVAL** |
| MUSCATINE LOGISTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §§ 1331 and 1446, Defendant Muscatine Logistics, LLC ("Defendant") hereby files its Notice of and Petition for Removal. Removal is based on the following grounds:

1. On September 28, 2020, Jeffrey Mally ("Plaintiff") commenced an action against Defendant in the Iowa District Court for Muscatine County, Iowa, in which Plaintiff alleged claims based exclusively on state law. That action bears the same title as the above caption and is docketed as Case No. LACV025801 (the "State Action").

2. On February 9, 2021, the Court granted Plaintiff's Unopposed Motion for Leave to file his Amended Petition in the State Action, which was deemed filed as of that date.

3. In the Amended Petition, Plaintiff added claims under the federal Americans with Disabilities Act, 42 U.S.C. § 12111, *et seq* ("ADA").

## TIMELY REMOVAL

4. This Notice of and Petition for Removal is filed within thirty (30) days after the filing of Plaintiff's Amended Petition, the first pleading from which it could be ascertained this action is removable and, therefore, is timely filed pursuant to 28 U.S.C. § 1446(b).

1

## JURISDICTION AND VENUE

5. Plaintiff seeks relief under ADA. Therefore, the Amended Petition raises questions of federal law and this Court has original jurisdiction. Removal is proper as a federal question pursuant to 28 U.S.C. § 1441(a) and this action should be removed from the Iowa District Court for Muscatine County, Iowa, to the United States District Court for the Southern District of Iowa, Davenport Division.

6. In addition to his federal law claim under the ADA, Plaintiff brings a claim under the Iowa Civil Rights Act, Iowa Code § 216. Plaintiff's state law claim "form[s] part of the same case [and] controversy" as his federal law claim. In particular, Plaintiff relies on the same set of facts to establish his state and federal law claims. *See* Amended Petition, ¶¶ 6-22.

7. Accordingly, this Court has supplemental jurisdiction over the state law claim pursuant to 28 U.S.C. § 1367 and Plaintiff's state law claim should be removed to the United States District Court for the Southern District of Iowa, Davenport Division.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b). The United States District Court for the Southern District of Iowa, Davenport Division, is the Division which encompasses Muscatine County, the district in which the State Action was filed.

## NOTICE AND COMPLIANCE WITH LOCAL RULES

9. A true and correct copy of all process, pleadings, and orders filed in connection with the State Action is attached as Exhibit A, as required by 28 U.S.C. § 1446(a) and Local Rule 81(a)(1).

10. Pursuant to Local Rule 81(a)(2), there are no matters pending in the state court that require immediate resolution by this court.

11.     The only counsel that has appeared in the State Action is Plaintiff's counsel, John F. Doak, Katz Nowinski P.C., 1000 36th Avenue, Moline, IL 61265. 309-797-3000. jdoak@katzlawfirm.com.

12.     Promptly after the filing of this Notice, Defendants will serve written notice of this removal to Plaintiff through his counsel and will file a copy of this Notice of and Petition for Removal with the Iowa District Court for Muscatine County, Iowa.

**WHEREFORE**, Defendants respectfully request that the State Action be removed to this Court and this Court assume jurisdiction over this matter for all further proceedings.

Respectfully submitted this 2nd day of March 2021.

    Respectfully submitted,

    MUSCATINE LOGISTICS, LLC,
    Defendant

    */s/ Sarah J. Millsap*
    Sarah J. Millsap, #AT0007538
    JACKSON LEWIS P.C.
    10050 Regency Circle, Suite 400
    Omaha, Ne 68114
    Telephone:  (402) 391-1991
    Facsimile:  (402) 391-7363
    Email: sarah.millsap@jacksonlewis.com
    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the court's electronic filing system which sent notification of such filing to all parties of record.

    */s/ Sarah J. Millsap*