**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | | |
|---|---|---|
| JEFFREY MALLY, | ) | |
| | ) | CASE NO. 3:21-cv-00018 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| MUSCATINE LOGISTICS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Brock J. Pohlmeier, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Muscatine Logistics, LLC.

Sarah J. Millsap is a member in good standing of the bar of the Southern District of Iowa and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with pro hac vice representation in this case.

Brock J. Pohlmeier agrees to comply with the associate counsel requirements of LR 83.1.d.3 by associating with Sarah Millsap, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

Dated this 10th day of March 2021.

Respectfully submitted,

MUSCATINE LOGISTICS, LLC,
Defendant

*/s/ Brock J. Pohlmeier*
Brock J. Pohlmeier, # AT0014041
JACKSON LEWIS P.C.
10050 Regency Circle, Suite 400
Omaha, Ne 68114
Telephone: (402) 391-1991
Facsimile: (402) 391-7363
Email: brock.pohlmeier@jacksonlewis.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the court's electronic filing system which sent notification of such filing to all parties of record.

*/s/ Brock J. Pohlmeier*

4831-5905-9423, v. 1